```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ANN L. MALEY, CSBN 176877
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8974
       Facsimile: (415) 744-0134
7      E-Mail: ann.maley@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUITA RENA WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CASE NO: 2:11-CV-2966-DAD<br><br>**ORDER FOR DEFENDANT'S REQUEST TO EXTEND TIME TO FILE RESPONDING BRIEF** |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Defendant's time to file an opposition to Plaintiff's Motion For Summary Judgment, the request is hereby APPROVED.

Defendant shall file his Opposition to Plaintiff's Motion For Summary Judgment on or before May 23, 2012. All other dates shall be extended pursuant to the scheduling order.

**IT IS SO ORDERED**.

DATED: May 22, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\williams2966.stip.eot.ord.wpd

1